IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: April 17, 2013 |
| Court Reporter:   Kara Spitler | Probation:   Gary Burney |

Criminal Action No.   12-cr-00326-RBJ

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,           Dondi Osborne
                                                          (by video-conference)
    Plaintiff,

v.

2.  ALFONSO MARTINEZ,                   Darren Cantor

    Defendant.

### SENTENCING MINUTES

**08:00 a.m.   Court in session**

Appearances of counsel.

Defendant is present and in custody.

Court's comments

Argument (by Mr. Cantor)

Argument (by Ms. Osborne)

Court's comments

**GOVERNMENT'S WITNESS SPECIAL AGENT ADAM WEBER, sworn**
08:38 Direct (by Ms. Osborne)

09:09 Court

09:09 Direct

09:15  Court in Recess
09:30  Court in Session

**GOVERNMENT'S WITNESS SPECIAL AGENT ADAM WEBER, sworn**
09:30 Cross (by Mr. Cantor)

(No redirect)

No statement by the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea to Count 1 of the Indictment on December 3, 2012.

**ORDERED:   The Government's Motion for Downward Departure (ECF No. 135) and The Government's Motion for Decrease for Acceptance of Responsibility ECF No. 140 are GRANTED)**

**ORDERED:   Defendant shall be imprisoned for 48 months**.

Court RECOMMENDS that defendant receive credit for 272 days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Southern California.

**ORDERED:   Upon release from imprisonment, defendant shall be placed on supervised release for a period of five years.**

**ORDERED:   Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
   (**X**)   Defendant shall not commit another federal, state or local crime.

    (**X**)    Defendant shall not illegally possess controlled substances.
    (**X**)    Defendant shall not possess a firearm or destructive device.
    (**X**)    Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
    (**X**)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
    (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:42 a.m.**    **Court in recess.**
               **Hearing concluded**
               **Time: 2 hours and 27 minutes**